# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**CHAOTIC LABZ, INC.**                                                    **PLAINTIFF**

v.                                   **No. 4:18-cv-75-DPM**

**SDC NUTRITION, INC.**                                           **DEFENDANT**

## ORDER

For the reasons stated on the record during the 16 May 2019 hearing, the Court made the following rulings.

- On Interrogatory 1 and Request for Production 1: Chaotic must supplement its responses. The responses must echo each subpart of SDC's discovery. In general, there must be more production. The Court suggests that Chaotic create a chart that tracks the subparts and answers each as best as it can. The responses must give details about product issues and specify important dates.

- On Requests for Production 8 & 9: Chaotic must disclose all non-privileged information—whether that information is in the hands of other lawyers or not—from its FDA-related proceedings. Link details to Chaotic's out-of-pocket-damages request about that past litigation.

- On Interrogatory 6 and Request for Production 15: Chaotic must produce information that supports its damages request. Sales-related documents, and a summary chart based on produced documents, would be helpful. This supplementation should clarify exactly what Chaotic sold to

whom. The supplemental response to Interrogatory 1 should clarify the damages, too.

- On Interrogatory 8 and Request for Production 10: Chaotic must respond directly to all the questions about all witnesses. Chaotic's supplemental response must provide specifics on its "interference with a business relationship" claim. Again, its supplemental response to Interrogatory 1 will help address this request.

Chaotic must supplement its responses by 5 July 2019. An Amended Final Scheduling Order will issue. Joint report, № 19, addressed.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

17 May 2019