# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

CHAOTIC LABZ, INC.                                              PLAINTIFF

v.                          No. 4:18-cv-75-DPM

SDC NUTRITION, INC.                                             DEFENDANT

## ORDER

The parties have informally notified the Court that they have stipulated to a partial dismissal. The Court therefore dismisses the "Interference with Business Relationships" claim, № 13 at ¶¶ 31–34, with prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 October 2019