IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHAOTIC LABZ, INC.; CORDY R. HOOTEN,
individually and d/b/a Flex Fitness;
and BLOODLINE HOLDINGS, LLC                              PLAINTIFFS

v.                      No. 4:18-cv-75-DPM

SDC NUTRITION, INC.                                       DEFENDANT

## JUDGMENT

Chaotic Labz, Cordy Hooten, individually and doing business as Flex Fitness, and Bloodline Holdings shall have Judgment against SDC Nutrition, Inc. for $115,000. This amount includes all damages, attorney's fees, and costs. This Judgment shall bear interest at a rate of 0.15% per annum until paid in full. 28 U.S.C. § 1961(a)–(b).

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 July 2020